AO 442 (REV. 12/85)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | |
|---|---|
| United States of America | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: DR:22-M -00912(1,2) |
| | § |
| (1) Diante Dylan-Vishawn Alexander | § |
| (2) Desmond Malone | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **April 13, 2022** in **Terrell** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, conspire with other unnamed co-conspirators, to transport, or move or attempt to transport or move, certain persons, knowing or in reckless disregard of the fact that that such persons were aliens illegally present in the United States, a felony,

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(v)(I)**.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: *"On April 13, 2022, defendants Diante Alexander and Desmond Malone were observed by a Border Patrol Agent in a 2010 Chevy Silverado picking up people on the side of Hwy 90 near Sanderson, Texas, within the Western District of Texas. The Agent observed the defendants drive away from the pick up location, leaving four individuals on the side of the road who were determined to be citizens of Mexico and illegally present in*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

Signature of Complainant
Pena, Luis A
Border Patrol Agent

04/19/2022     at     DEL RIO, Texas
File Date                     City and State

VICTOR ROBERTO GARCIA
UNITED STATES MAGISTRATE JUDGE      Signature of Judicial Officer

CONTINUATION OF CRIMINAL COMPLAINT

# WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

vs.          Case Number: DR:22-M -00912(1,2)

(1) Diante Dylan-Vishawn Alexander
(2) Desmond Malone

**Continuation of Statement of Facts:**

the United States. The Agent notified other Agents in the area of what he observed and were able to locate the vehicle and perform an immigration inspection of the occupants. Defendant Diante Alexander was the driver and defendant Desmond Malone was the front seat passenger, both of whom are United States citizens and were traveling six individuals that were all citizens of Mexico and illegally present in the United States. At the station both defendants provided statements that they both responded to an Instagram ad looking for drivers to transport immigrants. They were given $150-$200 in gas money to drive to a designated area marked by a GPS pin drop and they would be paid between $1,500 to $2,500 to bring them back to Houston, Texas."

_____        _____
Signature of Judicial Officer                        Signature of Complainant